## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNICORN OIL CORPORATION | ) | Case No. 10-02135 |
| | ) | |
| Debtor and Debtor in Possession. | ) | The Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: February 18, 2010 at 9:30 am |

### NOTICE OF MOTION

To:     See attached service list

    PLEASE TAKE NOTICE that on **Thursday, February 18, 2010 at 9:30 a.m.,** I shall appear before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the Debtor's **MOTION TO COMPEL RECEIVER TO TURN OVER PROPERTY OF DEBTOR**, a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

                                                 /s/ Michael V. Ohlman\_\_\_\_\_
                                                 One of Debtor's attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

### CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic filing through ECF or by fax, as set forth on the attached service list, at or before 5:00 p.m. on February 15, 2010

                                                 /s/ Michael V. Ohlman

## SERVICE LIST

**VIA FACSIMILE**

**Unicorn Oil Corporation**
**10115 South Torrence Ave**
**Chicago, Illinois 60617**

**By ECF Notice:**

**William T. Neary**
**Office of the U.S. Trustee, Region 11**
219 S. Dearborn, 8th Floor
Chicago, IL 60602
USTPRegion11.ES.ECF@usdoj.gov

**Bank Financial FSB**
c/o Francis J. Pendergast, III
Crowley & Lamb
350 N. LaSalle Street, Suite 900
Chicago, IL 60610
312 670-6900 Ext. 414
312 467-5926 (fax)
fpendergast@crowleylamb.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNICORN OIL CORPORATION | ) | Case No. 10-02135 |
| | ) | |
| Debtor and Debtor in Possession. | ) | The Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: February 18, 2010 at 9:30 am |

**MOTION TO COMPEL RECEIVER TO TURN OVER PROPERTY OF DEBTOR**

NOW COMES the Debtor and Debtor in Possession UNICORN OIL CORPORATION (the "Debtor"), pursuant to 11 U.S.C. § 543(a), (b), and (c), and respectfully moves this Court to compel the state-court-appointed receiver of properties owned by the Debtor and Debtor in Possession to return said properties to the Debtor and compel the turnover of any and all reports of the receiver. In support of the motion, the Debtor states as follows:

1. On January 21, 2010, the Debtor and Debtor in Possession filed its petition for Chapter 11 bankruptcy protection.

2. In state court foreclosure proceedings, prior to the filing of the chapter 11 case, the Court had ordered the Debtor to turn over to a receiver possession of all its assets. Before full implementation of the order, Debtor filed for relief under chapter 11. Otherwise, the Debtor could not have conducted its business pursuant to 11 U.S.C. §§ 1107 and 1108.

3. At present, the properties commonly known as: 1011 South Torrence Avenue, Chicago, IL 60617 as well as all business assets of Unicorn Oil Corporation, are constructively in the hands of a receiver, S.L. van der Zanden of RE Solutions (the "Receiver"). (See Order dated December 22, 2009, attached as Exhibit A).

1

4. For the Debtor to fulfill its obligations under the Bankruptcy Code, to obtain debtor-in-possession financing, to continue entering into bids for services, to collect receivables, and to perform other duties needed to run the business in order to orchestrate a successful reorganization, the Debtor needs to regain full possession of its Properties and control of its business.

5. Further, potential financing entities need immediate access to Debtor' Properties in order to complete due diligence with dispatch, so that financing can be obtained as soon as possible and the reorganization efforts of the Debtor may have the best chance of succeeding.

6. Because of the urgency of the matter, the Debtor asks that this Honorable Court shorten notice and deem notice given to be sufficient.

7. Both secured and unsecured creditors will greatly benefit from the granting of this motion because, upon information and belief, the receiver is currently being paid from revenues and proceeds of the business.

**WHEREFORE**, the Debtor and Debtor in Possession prays that this Court now compel the Receiver of the Debtor's property and business, S.L. van der Zanden of RE Solutions, to immediately turn over to the Debtor full possession and control of the Debtor's properties commonly known as: 1011 South Torrence Avenue, Chicago, IL 60617 as well as all business assets of Unicorn Oil Corporation, including, but not by way of limitation: all keys to Debtor's buildings; all books and records of the Debtor's business; all mortgage documents; any and all money that may have been collected; all bank accounts and bank statements and other records of receipts and payments; any other records in the Receiver's possession or under his control that impact upon the Debtor' ability to manage its business and to control and ultimately refinance its

2

properties; and any interim reports prepared. Debtor prays for such other and further relief as may be just and appropriate.

                                            Respectfully submitted,
                                            UNICORN OIL CORPORATION

                                            By:    /s/ Michael V. Ohlman _____
                                                        One of its attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Phil Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

3