**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNICORN OIL CORPORATION | ) | Case No. 10-02153 |
| | ) | |
| Debtor and Debtor in Possession. | ) | The Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: February 18, 2010 at 9:30 am |

**ORDER**

This matter coming before this Honorable Court on the Debtor's MOTION TO COMPEL RECEIVER TO TURN OVER PROPERTY OF DEBTOR, due notice having been given, the Court having jurisdiction and being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Debtor's Motion to Compel Receiver to Turn over Property of the Debtor is granted;

2. Pursuant to 11 U.S.C. § 543, the State Court appointed Receiver is ordered to turn over to the Debtor any and all interest in, and property of the real property located at: 1011 South Torrence Avenue, Chicago, Illinois 60617.

3. Pursuant to 11 U.S.C. § 543, the State Court appointed Receiver is ordered to turn over to the Debtor any and all property of Unicorn Oil Corporation.


DATE:                                                BY THE COURT:


                                                     _____
                                                     Honorable Jack B. Schmetterer
                                                     U.S. Bankruptcy Judge

This order prepared by
Forrest L. Ingram, P.C.

1