JUDGE SCHMETTERER
CHAPTER 11
INITIAL HEARING DATE:
FEBRUARY 25, 2010, AT 10:00 A.M.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )
                                    )
   UNICORN OIL CORPORATION,         )    No. 10 B 02135
                    Debtor          )


NOTICE OF MOTION


TO:  SEE ATTACHED SERVICE LIST


PLEASE TAKE NOTICE that on **Thursday, February 25, 2010, at 10:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Jack B. Schmetterer** or any judge sitting in his stead in **Courtroom 682**, at the **Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois,** and shall then and there present and request a hearing instanter as to **BankFinancial FSB's** attached **Motion to Modify the Automatic Stay.**


                              /s/Francis J. Pendergast, III


Francis J. Pendergast, III
CROWLEY & LAMB, P.C.
350 North LaSalle Street, Suite 900
Chicago, Illinois 60654
(312) 670-6900

CERTIFICATE OF SERVICE

    I, Iscel Y. Benavides, a non-attorney on oath state that I served this Notice and attached Motion, by mailing a copy to Debtor Unicorn Oil Corporation and to the following creditors holding the 20 largest unsecured claims: Chase Cardmember, ConocoPhillips, Harris Bank, Internal Revenue Service, Knoll Brothers Inc., Marathan Petroleum Company, LLC, and Witham Sales & Services depositing same in the U.S. Mail at 350 North LaSalle Street, Chicago, Illinois before 5:00 p.m., on February 18, 2010, with proper postage prepaid and to Debtor's attorney Forrest L. Ingram, and U.S. Trustee William T. Neary via electronic notice.

/s/ Iscel J. Benavides

SUBSCRIBED AND SWORN TO
Before me this 18th day
of February, 2010.

/s/ Donna Grech
NOTARY PUBLIC

OFFICIAL SEAL
DONNA GRECH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-20-2012

Francis J. Pendergast, III
CROWLEY & LAMB, P.C.
350 North LaSalle Street
Suite 900
Chicago, Illinois  60654
(312) 670-6900

2

<u>SERVICE LIST</u>

Unicorn Oil Corporation
Helen Crawley, President
10115 S. Torrence Avenue
Chicago, Illinois 60617


Forrest L. Ingram, Esquire
105 W. Madison Street
23rd Floor
Chicago, Illinois 60602


William T. Neary
Office of U.S. Trustee
219 S. Dearborn
Room 873
Chicago, Illinois 60604


Chase Cardmember
P.O. Box 15153
Wilmington, Delaware 19886


ConocoPhillips
600 N. Dairy Ashford
P.O. Box 2197
Houston, Texas


Harris Bank
Bankruptcy Department
150 West Wilson
Palatine, Illinois 60067


Internal Revenue Service
230 S. Dearborn Street
Mail Stop 5010 CHI
Chicago, Illinois 60604


Knoll Brothers, Inc.
1575 E. Highway 12
Michigan City, Indiana 46360

Marathon Petroleum Company, LLC
539 South Main Street
Findlay, Ohio 45840


Witham Sales & Services
253 Matteson Street
Dyer, Indiana 46311

JUDGE BLACK
CHAPTER 11
INITIAL HEARING DATE:
FEBRUARY 25, 2010, AT 10:00 A.M.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| UNICORN OIL CORPORATION, | ) | No. 10 B 02135 |
| Debtor | ) | |

### BANKFINANCIAL FSB'S MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES BankFinancial FSB, by and through its Attorneys, Crowley & Lamb, P.C. and states as follows:

1. That on March 8, 2006, Verlener Corporation, an Illinois Corporation, executed a Mortgage on the property commonly known as 10115 Torrence Avenue, Chicago, Illinois (Torrence Property) to BankFinanical, FSB to secure a $200,000.000 Promissory Note executed by Debtor Unicorn Oil Corporation, an Illinois Corporation, and Verlener Corporation, an Illinois Corporation, that same day. Copies of this Mortgage and Promissory Note are attached as Exhibits A and B respectively.

2. That on March 8, 2007, Verlener Corporation and BankFinancial FSB entered into a Modification of Mortgage whereby the principal amount of this loan was increased from $200,000.00 to $275,000.00 and the maturity date of the Promissory Note was

1

extended from March 8, 2007, to March 8, 2008, and Debtor Unicorn Oil Corporation and Verlener Corporation executed a Promissory Note for $275,000.00. Copies of the Modification of Mortgage and Promissory Note are attached as Exhibits C and D respectively.

3. That on September 21, 2007, Verlener Corporation and BankFinancial FSB executed a subsequent Modification of Mortgage whereby the principal amount of this loan was increased from $275,000.00 to $375,000.00 and Debtor Unicorn Oil Corporation and Verlener Corporation executed a Promissory Note for $375,000.00. Copies of this Modification of Mortgage and Promissory Note are attached as Exhibits E and F respectively.

4. That on March 8, 2008, Debtor Unicorn Oil Corporation and Verlener Corporation executed a Change In Terms Agreement whereby the maturity date of $375,000.00 Note was extended from March 8, 2008, to June 8, 2008. A copy of this Change In Terms Agreement is attached as Exhibit G.

5. That on June 8, 2008, Debtor Unicorn Oil Corporation and Verlener Corporation executed a subsequent Change In Terms Agreement whereby the maturity of the $375,000.00 Note was extended from June 8, 2008, to October 15, 2008. A copy of this Change In Terms Agreement is attached as Exhibit H.

2

6. That on March 8, 2006, Verlener Corporation executed a Mortgage on the Torrence Property to BankFinancial FSB to secure a $300,000.00 Promissory Note (which matures March 8, 2011) executed by Debtor Unicorn Oil Corporation and Verlener Corporation that same day. Copies of this Mortgage and Note are attached as Exhibits I and J respectively.

7. That on March 8, 2006, Verlener Corporation executed to BankFinancial FSB an Assignment Of Rents as to the Torrence Property. A copy of this document is attached as Exhibit K.

8. That on March 8, 2006, Debtor Unicorn Oil Inc. executed in favor of BankFinancial FSB a Commercial Security Agreement as to all of its business assets and personal property. A copy of this document is attached as Exhibit L.

9. That on March 22, 2006, BankFinancial FSB filed with the Illinois Secretary of State its UCC Financing Statement against Debtor Unicorn Oil Corporation as to all of its business assets and personal property. A copy of this UCC Financing Statement is attached as Exhibit M.

10. That on June 18, 2009, BankFinancial FSB filed in the Circuit Court of Cook County, Illinois its Complaint in Mortgage Foreclosure and for Other Relief, Case No. 09 CH 19557, as the $375,000.00 mortgage note debt matured by its own terms on October

16, 2008, and was not satisfied and that this default triggered the acceleration of the $300,000.00 mortgage note debt.

11. That the sole shareholder of Verlener Corporation is Helen Crawley.

12. That the sole shareholder of Debtor Unicorn Oil Corporation is Helen Crawley.

13. That Verlener Corporation was named as a party defendant to Count I of BankFinancial FSB's Complaint In Mortgage Foreclosure and on June 18, 2009, it was the owner of the Torrence Property.

14. That Debtor Unicorn Oil Corporation is in possession interest of the Torrence Property.

15. That Debtor Unicorn Oil Corporation was named as party defendant to Count I of BankFinancial FSB's Complaint In Mortgage Foreclosure.

16. That on September 10, 2009, BankFinancial FSB filed its verified Petition to Appoint a Receiver. A copy of this Petition is attached as Exhibit N.

17. That an initial hearing on this petition was held on September 18, 2009, at which time the Court entered a Scheduling Order whereby mortgagor and owner Verlener Corporation was given through October 2, 2009, to file its response and BankFinancial FSB was given through October 9, 2009, to file its reply, with a hearing scheduled for October 16, 2009, at 3:00 p.m. A copy of this order is attached as Exhibit O.

18. That on October 16, 2009, at 2:57 p.m., three minutes before the scheduled hearing to appoint a receiver, Verlener Corporation filed in the U.S. Bankruptcy Court for the Northern District of Illinois Chapter 11 bankruptcy petition, Case No. 09 B 38786. A copy of Verlener Corporation's filed Petition with the Clerk's filing time stamp of 14:57:11 is attached as Exhibit P.

19. That the only creditor listed on the Verlener Corporation's bankruptcy pleadings was BankFinancial FSB and the only asset of Verlener Corporation listed on its Schedules was the Torrence Property. Copies of Verlener Corporation's filed List of Creditors Holding 20 Largest Unsecured Claims, Summary of Schedules and Schedules A, B, D, E, F and G are attached as Group Exhibits Q.

20. That Verlener Corporation's Schedule G - Executory Contracts And Unexpired Leases was left blank.

21. That on November 10, 2009, BankFinancial FSB filed its motion to modify the automatic stay in Verlener Corporation's bankruptcy.

22. That an initial hearing was held November 18, 2009, and Judge A. Benjamin Goldgar granted BankFinancial FSB's motion to modify the automatic stay. A copy of the order modifying the automatic stay is attached as Exhibit R.

23. That on November 19, 2009, the U.S. Trustee filed a motion to dismiss Verlener's Corporation bankruptcy as it was engaged in the business of owning property, which was leased, its sole source of income was rent from the property, and it only had one creditor which was BankFinancial FSB.

24. That Verlener Corporation never filed a response to the Trustee's motion and on November 30, 2009, U.S. Bankruptcy Judge Bruce W. Black granted the U.S. Trustee's motion. Copies of the Trustee's Motion to Dismiss are the Court's Order of Dismissal are attached as Group Exhibit S.

25. That on December 22, 2009, Cook County Circuit Court Judge Mathias Delort granted BankFinancial FSB's motion to appoint a receiver in its mortgage foreclosure litigation, Case No. 09 CH 19557, and he appointed S.L. van der Zanden of RE Solutions as receiver for the Torrence Property with the Receiver's initial

report to be filed by January 27, 2010 and a hearing on this report to be hold on February 3, 2010. A copy of the Court's order is attached as Exhibit T.

26. That Helen Crawley, President of Verlener Corporation and Debtor Unicorn Oil Corporation never turned over any rents, documents, or possession of the mortgaged premises to the receiver.

27. That on January 21, 2010, Debtor Unicorn Oil Corporation filed its pending Chapter 11 bankruptcy, Case No. 10 B 02135.

28. That on January 21, 2010, Debtor's attorney Forrest L. Ingram telefaxed a letter to BankFinancial FSB's attorney, Mr. James M. Crowley informing him that earlier that day Unicorn Oil Corporation had filed for Chapter 11 and that Debtor Unicorn Oil Corporation had obtained a warranty deed from Verlener Corporation as to the Torrence Property. A copy of Attorney Ingram's January 21, 2010, correspondence is attached hereto as Exhibit U.

29. That on January 19, 2010, Verlener Corporation executed a Warranty Deed to Debtor Unicorn Oil Corporation transferring title to the Torrence Property, this Warranty Deed being recorded on January 19, 2010, as Document No. 1001918130. A copy of this recorded Warranty Deed is attached as Exhibit V.

7

30. That this transfer was for no consideration as neither City of Chicago nor State of Illinois transfer stamps are affixed to it.

31. That according to the Debtor's Schedules A and D there is no equity in the Torrence Property as its current value is $550,000.00 and the secured claim against it is $661,580.57. Copies of Schedules A and D are attached as Group Exhibit T.

32. That as of February 17, 2010, BankFinancial FSB is owed $417,633.53 on the $375,000.00 Promissory Note and $300,743.16 on the $300,000.00 Promissory Note for a total of $702,910.70 excluding mortgage foreclosure and bankruptcy costs and fees.

33. That as of February 16, 2010, BankFinancial FSB is holding $5,929.84 in escrow to be applied toward the second installments of 2008 real estate taxes due December 1, 2009, and now totaling $11,900.73 and the first installments of 2009 real estate taxes due March 2, 2010, totaling $12,395.77. That copies of the Cook County Treasurer's website as to the 2008 and 2009 real estate taxes is attached as Group Exhibit W.

34. That the Debtor has failed to file Schedules I and J and therefore has neither demonstrated that it has sufficient income to operate an ongoing business nor, that it has any employees.

35. That Helen Crawley, President executed the Chapter 11 petitions for Verlener Corporation and Debtor Unicorn Oil Corporation.

36. That Debtor Unicorn Oil Corporation has listed as its only creditors the following entities:

    BankFinancial FSB

    Harris Bank

    Marriott Vacation Club International

    Internal Revenue Service

    Chase Cardmember

    ConocoPhillips

    Knoll Brothers Inc.

    Marathon Petroleum Company, LLC

    Witham Sales & Service

37. That BankFinancial FSB holds a secured interest based on its UCC Financing Statement against the $22,000.00 of accounts receivables and the $40,000.00 of inventory listed by Debtor Unicorn Oil Corporation on its Schedule B.

38. That the Debtor has failed to file a motion to use cash collateral.

39. That title to its major asset, the Torrence Property, was transferred to it on the same day it filed its Chapter 11 petition materially changing its position from a tenant to an owner.

WHEREFORE, BankFinancial FSB requests this Honorable Court to modify the automatic stay pursuant to Sections 362(d)(1) and/or (d)(2) of the U.S. Bankruptcy Code in order for it to resume with its litigation, Case No. 09 CH 19557, in order to foreclose against its collateral, the real estate commonly known as 10115 Torrence Avenue, Chicago, Illinois as well as the Debtor's business assets and personal property; for a waiver of U.S. Bankruptcy Rule 4001(a)(3) so that it can immediately implement and enforce this order; and for such other relief as this court deems equitable.

Respectively Submitted,

BANKFINANCIAL FSB

BY: /s/Francis J. Pendergast, III
    ONE OF ITS ATTORNEYS

Francis J. Pendergast, III
CROWLEY & LAMB, P.C.
350 North LaSalle Street
Suite 900
Chicago, Illinois 60654
(312) 670-6900

10