# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Unicorn Oil Corporation__ Case No. __10-02135__ Chapter __11__

All Cases: Moving Creditor __BankFinancial FSB__ Date Case Filed __January 21, 2010__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing __N/A__ or Date Plan Confirmed __N/A__

Chapter 7: ☐ No-Asset Report Filed on __N/A__
☐ No-Asset Report not Filed, Date of Creditors Meeting __N/A__

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe) __Commercial Real Estate & Business Assets__

2. Balance Owed as of Petition Date $ __702,910.70 (As Of 02/17/10)__
   Total of all other Liens against Collateral $ __85,691.06 Real Estate Taxes & Harris Bank UCC Lien__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __550,000.00 Per Schedules A&D__

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $ _____
   
   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____   Amount $ _____
      
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☑ Taxes unpaid   Amount $ __18,366.66__
      iii. ☑ Rapidly depreciating asset
      iv. ☑ Other (describe) __1st mortgage matured 10/18/08 & 2nd mortgage matures 03/08/11__
   
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   
   c. ☑ Other "Cause" § 362(d)(1)
      i. ☑ Bad Faith (describe) __Transfer Of Major Asset Without Consideration__
      ii. ☑ Multiple Filings
      iii. ☑ Other (describe) __Matured Mortgage Loan__
   
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __February 18, 2010__   __/s/ Francis J. Pendergast, III__
Counsel for Movant

(Rev. 12/21/09)