Doc#: 0728208393 Fee: $30.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 10/09/2007 11:00 AM Pg: 1 of 4

WHEN RECORDED MAIL TO:
BankFinancial, F.S.B.
15W060 North Frontage Road
Burr Ridge, IL 60527

FOR RECORDER'S USE ONLY

This Modification of Mortgage prepared by:
Commercial - 1902015033 (RN)
BankFinancial, F.S.B.
15W060 North Frontage Road
Burr Ridge, IL 60527

FINANCIAL TITLE SERVICES
15W060 N. FRONTAGE RD
BURR RIDGE, IL 60527

## MODIFICATION OF MORTGAGE

THIS MODIFICATION OF MORTGAGE dated September 21, 2007, is made and executed between Verlener Corporation, an Illinois Corporation, whose address is 10115 S. Torrence Ave., Chicago, IL 60617 (referred to below as "Grantor") and BankFinancial, F.S.B., whose address is 15W060 North Frontage Road, Burr Ridge, IL 60527 (referred to below as "Lender").

MORTGAGE. Lender and Grantor have entered into a Mortgage dated March 8, 2006 (the "Mortgage") which has been recorded in Cook County, State of Illinois, as follows:

MORTGAGE DATED MARCH 8, 2006 AND RECORDED ON APRIL 21, 2006 AS DOCUMENT NUMBER 0611146037
AND
MODIFIED BY MODIFICATION OF MORTGAGE DATED MARCH 8, 2007 AND RECORDED ON MAY 4, 2007 AS DOCUMENT NUMBER 0712408162.

REAL PROPERTY DESCRIPTION. The Mortgage covers the following described real property located in Cook County, State of Illinois:

A PORTION OF LAND, FORMERLY INCLUDED IN NOTRE DAME ADDITION TO SOUTH CHICAGO IN FRACTIONAL SECTION 7, SOUTH OF THE INDIAN BOUNDARY LINE, TOWNSHIP 37 NORTH, RANGE 15 EAST OF THE THIRD PRINCIPAL MERIDIAN, AND NOW VACATED, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE EAST LINE OF TORRENCE AVENUE, 910 FEET NORTH OF THE INTERSECTION THEREOF, WITH THE NORTH LINE OF EAST 103RD STREET; THENCE NORTH ALONG SAID EAST LINE TO A POINT 1203.03 FEET NORTH OF THE INTERSECTION OF SAID EAST LINE WITH THE NORTH LINE OF 103RD STREET; THENCE EAST ALONG A STRAIGHT LINE TO A POINT IN THE WEST LINE OF THE RAILROAD RIGHT-OF-WAY 1204.01 FEET NORTH OF THE NORTH LINE OF 103RD STREET; THENCE SOUTH ALONG SAID RIGHT-OF-WAY LINE TO A POINT 910 FEET NORTH OF THE NORTH LINE OF EAST 103RD STREET; THENCE WEST TO THE PLACE OF BEGINNING (EXCEPTING FROM SAID TRACT OF LAND THE SOUTH 143.03 FEET THEREOF), IN COOK COUNTY, ILLINOIS.

The Real Property or its address is commonly known as 10115 S. Torrence Ave., Chicago, IL 60617. The Real


IMAGED EXHIBIT E

## MODIFICATION OF MORTGAGE
### (Continued)

Loan No: 1902015033                                                                                           Page 2

Property tax identification number is 26-07-157-003-0000 and 26-07-157-024-0000.

**MODIFICATION.** Lender and Grantor hereby modify the Mortgage as follows:

**NOTE AMOUNT.** INCREASE PRINCIPAL AMOUNT OF THE NOTE FROM $275,000.00 TO $375,000.00.

**CONTINUING VALIDITY.** Except as expressly modified above, the terms of the original Mortgage shall remain unchanged and in full force and effect and are legally valid, binding, and enforceable in accordance with their respective terms. Consent by Lender to this Modification does not waive Lender's right to require strict performance of the Mortgage as changed above nor obligate Lender to make any future modifications. Nothing in this Modification shall constitute a satisfaction of the promissory note or other credit agreement secured by the Mortgage (the "Note"). It is the intention of Lender to retain as liable all parties to the Mortgage and all parties, makers and endorsers to the Note, including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, shall not be released by virtue of this Modification. If any person who signed the original Mortgage does not sign this Modification, then all persons signing below acknowledge that this Modification is given conditionally, based on the representation to Lender that the non-signing person consents to the changes and provisions of this Modification or otherwise will not be released by it. This waiver applies not only to any initial extension or modification, but also to all such subsequent actions.

**MAXIMUM LIEN AMOUNT ADDENDUM.** It is expressly agreed and understood that the Maximum Lien amount as set forth in this Mortgage is $750,000.00 plus all items referenced in 735 ILCS 5/15-1302(b)(1-5) which statutory provision is incorporated by reference and made a part hereof.

**ADDITIONAL RESTRICTIONS ON TRANSFER.** It shall be an immediate Event of Default hereunder if, without the prior written consent of Lender, Grantor shall contract for, commit to or permit any conveyance, sale assignment, lien, pledge, mortgage, security interest or other encumbrance or alienation of the Real Property or any portion thereof. Lender may condition any consent upon such terms and conditions as it may require in its absolute discretion including, without limitation, an increase in the interest rate under the Note, the payment of a fee and the execution of a subordination agreement acceptable to Lender.

GRANTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS MODIFICATION OF MORTGAGE AND GRANTOR AGREES TO ITS TERMS. THIS MODIFICATION OF MORTGAGE IS DATED SEPTEMBER 21, 2007.

**GRANTOR:**

VERLENER CORPORATION, AN ILLINOIS CORPORATION

By _____
Helen Crawley, President of Verlener Corporation, an Illinois Corporation

**LENDER:**

BANKFINANCIAL, F.S.B.

X _____
Authorized Signer

Loan No: 1902015033

## MODIFICATION OF MORTGAGE
(Continued)

Page 3

### CORPORATE ACKNOWLEDGMENT

STATE OF __Illinois__ )
) SS
COUNTY OF __Cook__ )

On this __24__ day of __September__, __2007__ before me, the undersigned Notary Public, personally appeared Helen Crawley, President of Verlener Corporation, an Illinois Corporation, and known to me to be an authorized agent of the corporation that executed the Modification of Mortgage and acknowledged the Modification to be the free and voluntary act and deed of the corporation, by authority of its Bylaws or by resolution of its board of directors, for the uses and purposes therein mentioned, and on oath stated that he or she is authorized to execute this Modification and in fact executed the Modification on behalf of the corporation.

By _____  Residing at __10115 S Torrence 60617__
Notary Public in and for the State of __Illinois__ _____ 1942 E 92nd
My commission expires __06/06/2008__                                                    60617

**OFFICIAL SEAL**
**KAREN W. SOMMERFIELD**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-6-2008

## MODIFICATION OF MORTGAGE
(Continued)

Loan No: 1902015033                                                                 Page 4

### LENDER ACKNOWLEDGMENT

STATE OF __Illinois__ )
                      ) SS
COUNTY OF __Cook__    )

On this __24__ day of __September__, __2007__ before me, the undersigned Notary Public, personally appeared _____ and known to me to be the __President__, authorized agent for the Lender that executed the within and foregoing instrument and acknowledged said instrument to be the free and voluntary act and deed of the said Lender, duly authorized by the Lender through its board of directors or otherwise, for the uses and purposes therein mentioned, and on oath stated that he or she is authorized to execute this said instrument and that the seal affixed is the corporate seal of said Lender.

By _____      Residing at __10115 S. Lawrence 60607__
Notary Public in and for the State of _____
My commission expires __06/06/08__

OFFICIAL SEAL
KAREN W. SOMMERFIELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-6-2008

1942 E. 92nd St
60617