# CHANGE IN TERMS AGREEMENT

| Principal | Loan Date | Maturity | Loan No | Call/Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $375,000.00 | 03-08-2008 | 06-08-2008 | 1902015033 | 820 | 0003567313 | 849 | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** Unicorn Oil Corporation, an Illinois Corporation
Verlener Corporation, an Illinois Corporation
10115 S. Torrence Ave.
Chicago, IL 60617

**Lender:** BankFinancial, F.S.B.
15W060 North Frontage Road
Burr Ridge, IL 60527

---

**Principal Amount: $375,000.00**   **Initial Rate: 7.000%**   **Date of Agreement: March 8, 2008**

**DESCRIPTION OF EXISTING INDEBTEDNESS.** This Change in Terms Agreement Dated March 8, 2008 changes the terms of the loan evidenced by and including without limitation, the Promissory Note dated March 8, 2006 in the principal amount of $200,000.00 and Promissory Note dated March 8, 2007 in the principal amount of $275,000.00 and Promissory Note dated September 21, 2007 in the principal amount of $375,000.00 and all other Documents and Agreements executed in conjunction therewith.

**DESCRIPTION OF COLLATERAL.** Security Agreement dated September 21, 2007 covering all business assets and personal property (including, but not limited to, all inventory, equipment, accounts receivables, accounts, instruments, documents, chattel paper, investment property and general intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds), and all other assets of Borrower(s).

All deposit accounts held at BankFinancial, F.S.B., whether existing now or established hereafter and the proceeds therefrom.

Mortgage dated March 8, 2006 and Recorded on April 21, 2006 in the Cook County Recorder's office of Deeds as Document Number 0611146037 and Modified by a certain Modification of Mortgage dated March 8, 2007 and Recorded on May 4, 2007 as Document Number 0712408162 and Modified by a certain Modification of Mortgage dated September 21, 2007 and Recorded on October 9, 2007 on the real property commonly known as 10115 S. Torrence Ave., Chicago, IL 60617.

**DESCRIPTION OF CHANGE IN TERMS.**
**MATURITY DATE.** The maturity date of the Note is hereby extended from March 8, 2008 to June 8, 2008.

**PAYMENT.** Borrower will pay this loan in one payment of all outstanding principal plus all accrued unpaid interest on June 8, 2008. In addition, Borrower will pay regular monthly payments of all accrued unpaid interest due as of each payment date, beginning April 8, 2008, with all subsequent interest payments to be due on the same day of each month after that.

**VARIABLE INTEREST RATE.** The interest rate on this loan is subject to change from time to time based on changes in an independent index which is the The Prime Rate as published in the United States Midwest Edition of the Wall Street Journal from time to time (the "Index"). The Index is not necessarily the lowest rate charged by Lender on its loans. If the Index becomes unavailable during the term of this loan, Lender may designate a substitute index after notifying Borrower. Lender will tell Borrower the current Index rate upon Borrower's request. The interest rate change will not occur more often than each time the Prime Rate changes. Borrower understands that Lender may make loans based on other rates as well. The Index currently is 6.000% per annum. The interest rate to be applied to the unpaid principal balance during this loan will be at a rate of 1.000 percentage point over the Index, resulting in an initial rate of 7.000% per annum. NOTICE: Under no circumstances will the interest rate on this loan be more than the maximum rate allowed by applicable law.

**CONTINUING VALIDITY.** Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced or securing the obligation(s), remain unchanged and in full force and effect. Consent by Lender to this Agreement does not waive Lender's right to strict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms. Nothing in this Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement. If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

PRIOR TO SIGNING THIS AGREEMENT, EACH BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS AGREEMENT, INCLUDING THE VARIABLE INTEREST RATE PROVISIONS. EACH BORROWER AGREES TO THE TERMS OF THE AGREEMENT.

**BORROWER:**

UNICORN OIL CORPORATION, AN ILLINOIS CORPORATION

By: _____
Helen Crawley, President of Unicorn Oil Corporation,
an Illinois Corporation

VERLENER CORPORATION, AN ILLINOIS CORPORATION

By: _____
Helen Crawley, President of Verlener Corporation,
an Illinois Corporation

**EXHIBIT G**