IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION
MORTGAGE FORECLOSURE/ MECHANICS LIEN SECTION

_Bank Financial_

v.

_Various Corp Universal_

No. _09_ CH _14557_

☒ Calendar 61    ☐ Calendar 63
Judge Delort    Judge Mulroy

## SCHEDULING ORDER ON CONTESTED MOTION

_The court hereby orders:_

The motion of ☒ plaintiff ☐ defendant _Bank Financial_ (name of party)

for/to _Appoint S.L. VanDerZiden Receiver_ (type of motion)

is set for hearing in Room 2803 of the Daley Center, 50 W. Washington St., Chicago, IL on:

_October 16_, 200 _9_ at _3:00_    ☐ a.m. ☒ p.m.

The motion will be filed on or before _____, 200___.
☒ check here if motion is already filed, or is being filed instanter.

The moving party shall file a brief in support of the motion, if any, on or before
_filed_, 200___.

The responding party shall file a response to the motion, if any, on or before
_October 2_, 2009.

The moving party shall file a reply brief on the motion, if any, on or before
_October 9_, 2009.
☐ check here if reply brief is waived.

No brief shall exceed 15 pages in length, double-spaced, exclusive of exhibits. Generally, all briefing and argument shall be in writing. A responding party who fails to file a written response will not be permitted to argue orally. Oral argument on the motion shall be granted only in the discretion of the court and shall be limited to issues set forth in the written motion/briefs. Hearing dates shall not be changed, except by court order. Parties should consider this schedule to be firm. The court will not consider requests for extensions of time which are made on the hearing date. No later than four court days before the hearing date, the moving party shall supply the court with courtesy copies of the motion, all briefs filed in support or opposition to the motion, any reply brief, any other relevant pleadings from the case, and copies of any federal or non-Illinois state cases cited in the briefs. The court directs the parties' attention to the general standing orders of the Mortgage Foreclosure/Mechanics Lien Section which govern all filings in this case. Motions or briefs may be stricken for violation of this order.

Other: _Counsel for Defendants attended hearing on September 18, 2009 and is granted leave to file his appearance_

☐ (check if applicable) Because the moving party is _pro se_, the plaintiff is responsible for delivering courtesy copies.

| Attorney No: _41373_ | ENTER: |
| --- | --- |
| Name: _____ | ENTERED  Assoc. Judge Mathias William Delort-1950 |
| Attorney for: _B/F_ | SEP 18 2009 |
| Address: _300 N. La Salle ___ 700_ | ☐ Mathias W. Delort #1950   ☐ Thomas R. Mulroy #1941 |
| City/State/Zip: _Chicago, IL 60654_ | Associate Judge      Associate Judge |
| Phone: _312-670-7700_ | Date: DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY, 20___ DEPUTY CLERK |

**EXHIBIT** _C_