IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
VERLENER CORPORATION, ) No. 09 B 38786
Debtor )

### ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming on to be heard on the Motion of BankFinancial FSB due notice having been given, the Court having jurisdiction over the parties in the subject matter herein, and being fully advised in the premises;

IT IS HEREBY ORDERED THAT the automatic stay is modified to permit BankFinancial FSB, its successors and/or assigns, to resume with its litigation, Case No. 09 CH 19577, in order to foreclose on its collateral, the real estate commonly known as 10115 Torrence Avenue, Chicago, Illinois, as well as the business assets and personal property of the Debtor. ~~Rule 4001(a)(3) is not applicable and Verlener Corporation may immediately implement and enforce this order~~.

DATE: 18 NOV 2009

BANKRUPTCY JUDGE

Francis J. Pendergast, III
CROWLEY & LAMB, P.C.
350 North LaSalle Street, Suite 900
Chicago, Illinois 60654
(312) 670-6900

EXHIBIT R