holding money derived from operation of the Property.

8. That to enable the Receiver to commence and perform his duties, Plaintiff is hereby authorized to advance funds to the Receiver, which advance shall be (1) allocated and accounted for by the Receiver with respect to the operation of the Property, and (2) added to the mortgage debt being foreclosed herein in Count II, secured by the mortgage being foreclosed in said Count.

9. That this matter be and hereby is entered and continued for status and presentation of the Receiver's First Report until _February 3, 2010_, ~~2009~~ at _3:00 pm_ ~~a.m.~~ without further notice.

10. Receiver shall file his first report with the court on or before _January 27, 2010_ ~~2009~~

_It Bond is set at $10,000.00_

|  |  |
|---|---|
| ENTERED: | ENTERED<br>Assoc. Judge Mathias William  No. 1950 |
| Judge | DEC 2 2 2009 |
| Date: | DOROTHY BROWN<br>CLERK OF THE CIRCUIT COURT<br>OF COOK COUNTY, IL<br>DEPUTY CLERK |

James M. Crowley
Matt Hendricksen
CROWLEY & LAMB, P.C.
350 North LaSalle Street
Suite 900
Chicago, Illinois 60654
(312) 670-6900
Attorney No. 41373

-4-

**EXHIBIT** T