# FORREST L. INGRAM, P.C.
*Attorneys and Counselors*

Forrest L. Ingram
Vik Chaudhry
Philip Groben

### Of Counsel
Peter L. Berk
John O. Noland, Jr.
Helena Milman
Michael V. Ohlman

January 21, 2010

James M. Crowley
CROWLEY & LAMB, P.C.
350 N. LaSalle St., Ste. 900
Chicago, IL 60654
Fax: (312) 467-5926

Re: Unicorn Oil Corporation, Chapter 11 Case No. 10-2153

Dear Mr. Crowley:

This is to inform you that Unicorn Oil Corporation filed a petition for relief under chapter 11 of the United States Bankruptcy Code at 11:59 A.M. today, January 21, 2010. Please be advised that the automatic stay is immediately in effect, prohibiting any further action against the Debtor or its property, pursuant to 11 U.S.C. § 362(a). The filing stays any further action against the debtor in possession or its property in the case of BankFinancial v. Verlener Corporation, Unicorn Oil Corporation, and Helen Crawley, Case No. 09 CH 19557, without further order of the Bankruptcy Court.

Please be further advised that, prior to filing the chapter 11 case, Unicorn Oil Corporation obtained a warranty deed from Verlener Corporation for the real property at 10115 S. Torrence, Chicago, IL 60617, and recorded it with the Recorder of Deeds. That property, therefore, is listed on Schedule A of Unicorn's chapter 11 filing.

Please inform the judge in Case No. 09 CH 19557 of the chapter 11 filing and ask that the case be put on the dormant calendar until the issues to be addressed in the chapter 11 case are resolved. Thank you.

Sincerely,

Forrest L. Ingram
Attorney for the Debtor and
Debtor in Possession
cc. Unicorn Oil Corporation

**EXHIBIT U**

79 W. Monroe, Suite 900, Chicago, IL 60603