```
Doc#: 1001918130 Fee: $42.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 01/19/2010 04:53 PM Pg: 1 of 4
```

Above Space Reserved for Recording
[If required by your jurisdiction, list above the name & address of: 1) where to return this form; 2) preparer; 3) party requesting recording.]

# Warranty Deed

Date of this Document: _January 19, 2010_

Reference Number of Related Documents: _____

Grantor(s):
  Name _VERLENER Corporation_
  Street Address _10115 So. Torrence Ave_
  City/State/Zip _Chicago, IL 60617_

Grantee(s):
  Name _UNICORN OIL CORPORATION_
  Street Address _10115 So. Torrence Ave_
  City/State/Zip _Chicago, IL 60617_

Abbreviated Legal Description (i.e., lot, block, plat, or section, township, range, quarter/quarter or unit, building and condo name): _See Attached_

Assessor's Property Tax Parcel/Account Number(s): _26-07-157-003 AND 26-07-157-024_

For good consideration, _VERLENER CORPORATION_, of _10115 S. TORRENCE_, County of _COOK_, State of _ILLINOIS_, hereby bargain, deed and convey to _UNICORN OIL CORPORATION 10115 S. TORRENCE AVE._, County of _COOK_, State of _ILLINOIS_, the following described land in _Cook_ County, free and clear with WARRANTY COVENANTS; to wit: _See Attached_

EXHIBIT _V_

Grantor, for itself and its heirs, hereby covenants with Grantee, its heirs, and assigns, that Grantor is lawfully seized in fee simple of the above-described premises; that it has a good right to convey; that the premises are free from all encumbrances; that Grantor and its heirs, and all persons acquiring any interest in the property granted, through or for Grantor, will, on demand of Grantee, or its heirs or assigns, and at the expense of Grantee, its heirs or assigns, execute any instrument necessary for the further assurance of the title to the premises that may be reasonably required; and that Grantor and its heirs will forever warrant and defend all of the property so granted to Grantee, its heirs, and assigns, against every person lawfully claiming the same or any part thereof.

Being the same property conveyed to the Grantor by deed of __January 19__, dated __January__, 20 _2010_.

WITNESS the hands and seal of said Grantor this __19__ day of __January__, 20 _2010_

_____
Grantor

_____
Grantor

State of __Illinois__ )
County of __Cook__ )

On __January 19, 2010__, before me, __Helen Crawley__, personally appeared __before me__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

Affiant ___✓___ Known _____ Unknown
ID Produced __Lic.# C640-3704-8683__

(Seal)   FORREST INGRAM
         MY COMMISSION EXPIRES
         MAY 1, 2012

Legal Description

· PIN 26-07-157-003
· PIN 26-07-157-024

A portion of land, formerly included in Notre Dame Addition to South Chicago, in Fractional Section 7, South of the Indian Boundary Line, Township 37 North, Range 15, East of the Third Principal Meridian, and now vacated, described as follows:

Beginning at a point in the East line of Torrence Avenue, 910 feet North of the intersection thereof, with the North line of East 103rd Street; Thence North along said East line to a point 1203.03 feet North of the intersection of said East line with the North line of 103rd Street; Thence East along a straight line to a point in the West line of the Railroad Right-of-Way 1204.01 feet North of the North line of 103rd Street; Thence South along said Right-of-Way line to a point 910 feet North of the North line of East 103rd Street; Thence West to the place of beginning (excepting from said tract of land the South 143.03 feet thereof), in Cook County, Illinois

## STATEMENT BY GRANTOR AND GRANTEE

The **grantor** or his agent affirms that, to the best of his knowledge, the name of the **grantee** shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated   January 19   , 20 10

Signature: _____
Grantor or Agent

Subscribed and sworn to before me
By the said   HELEN CRAWLEY
This   19  , day of  January  , 20 10
Notary Public  _____

FORREST INGRAM
MY COMMISSION EXPIRES
MAY 1, 2012

The **grantee** or his agent affirms and verifies that the name of the **grantee** shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Date   January 19   , 20 10

Signature: _____
Grantee or Agent

Subscribed and sworn to before me
By the said   HELEN CRAWLEY
This  19  , day of  January  , 20 10
Notary Public  _____

FORREST INGRAM
MY COMMISSION EXPIRES
MAY 1, 2012

**Note:** Any person who knowingly submits a false statement concerning the identity of a **Grantee** shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to **deed** or ABI to be recorded in Cook County, Illinois if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)