

Click Icon to send page to printer



**Office of Cook County Treasurer - Maria Pappas**

Cook County Property Tax & Payment Information

Printed copies of this information may not be used as a tax bill.
Payments must be submitted with original tax bill.

Property Index Number (PIN): 26-07-157-003-0000

### 2009 Tax Year Information - Payable in 2010

Tax Year: 2009   Tax Type: Current Tax   Volume: 297   PCL: 5-93

**Property Location**
10115 S TORRENCE AVE
CHICAGO, IL 60617-5360

**Mailing Information**
VERLENER CORP
PO BOX 495916
CHICAGO, IL 60649-5916

**Exemption Information**
Exemptions do not become effective until the second installment.

**Tax Payment Information**

| Installment | Tax Amount Billed | Tax Due Date | Last Payment Received | Date Received |
|---|---|---|---|---|
| 1st | $12,136.50 | 03/02/2010 | $0.00 | |
| Balance Due: | $12,136.50 | | | |

*The balance due, including any penalty, is as of: 2/15/2010*
*Payments processed are posted through: 2/11/2010*

### 2008 Tax Year Information - Payable in 2009

Tax Year: 2008   Tax Type: Current Tax   Volume: 297   PCL: 5-93

**Property Location**
10115 S TORRENCE AVE
CHICAGO, IL 60617-5360

**Mailing Information**
VERLENER CORP
PO BOX 495916
CHICAGO, IL 60649-5916

**Exemption Information**
Homeowner Exemption Received:   NO
Senior Citizen Exemption Received:   NO
Senior Freeze Exemption Received:   NO

**Tax Payment Information**

| Installment | Tax Amount Billed | Tax Due Date | Last Payment Received | Date Received |
|---|---|---|---|---|
| 1st | $10,916.30 | 03/03/2009 | $10,916.30 | 02/27/09 |
| 2nd | $11,150.07 | 12/01/2009 | $0.00 | |
| Balance Due: | $11,651.82 | | | |

*The balance due, including any penalty, is as of: 2/15/2010*
*Payments processed are posted through: 2/11/2010*

Printed copies of this information may not be used as a tax bill.
Payments must be submitted with original tax bill.



GROUP
**EXHIBIT** W



Click icon to send page to printer



**Office of Cook County Treasurer - Maria Pappas**

Cook County Property Tax & Payment Information

Printed copies of this information may not be used as a tax bill.
Payments must be submitted with original tax bill.

Property Index Number (PIN): 26-07-157-024-0000

### 2009 Tax Year Information - Payable in 2010

Tax Year: 2009   Tax Type: Current Tax   Volume: 297   PCL: 5-22

**Property Location**
10125 S TORRENCE AVE
CHICAGO, IL 00000-0000

**Mailing Information**
VICTOR MARQUEZ
136 N GRAND AVE #273
WEST CORVINA, CA 91791-1728

**Exemption Information**
Exemptions do not become effective until the second installment.

**Tax Payment Information**

| Installment | Tax Amount Billed | Tax Due Date | Last Payment Received | Date Received |
|---|---|---|---|---|
| 1st | $259.27 | 03/02/2010 | $0.00 | |
| Balance Due: | $259.27 | | | |

*The balance due, including any penalty, is as of: 2/15/2010*
*Payments processed are posted through: 2/11/2010*

### 2008 Tax Year Information - Payable in 2009

Tax Year: 2008   Tax Type: Current Tax   Volume: 297   PCL: 5-22

**Property Location**
10125 S TORRENCE AVE
CHICAGO, IL 00000-0000

**Mailing Information**
VICTOR MARQUEZ
136 N GRAND AVE #273
WEST CORVINA, CA 91791-1728

**Exemption Information**
Homeowner Exemption Received:   NO
Senior Citizen Exemption Received:   NO
Senior Freeze Exemption Received:   NO

**Tax Payment Information**

| Installment | Tax Amount Billed | Tax Due Date | Last Payment Received | Date Received |
|---|---|---|---|---|
| 1st | $233.20 | 03/03/2009 | $233.20 | 02/27/09 |
| 2nd | $238.20 | 12/01/2009 | $0.00 | |
| Balance Due: | $248.91 | | | |

*The balance due, including any penalty, is as of: 2/15/2010*
*Payments processed are posted through: 2/11/2010*

Printed copies of this information may not be used as a tax bill.
Payments must be submitted with original tax bill.