IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNICORN OIL CORPORATION | ) | Case No. 10-02135 |
| | ) | |
| Debtor and Debtor in Possession. | ) | The Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: February 18, 2010 at 9:30 am |

### ORDER ALLOWING EMPLOYMENT OF ATTORNEYS

This matter came to be heard on the application of the Debtor and Debtor in Possession, UNICORN OIL CORPORATION, for authority to employ the attorneys of **FORREST L. INGRAM, P.C.** as its attorneys in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that Debtor and Debtor in Possession is authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram, Peter L. Berk, Michael V. Ohlman, and Philip Groben of FORREST L. INGRAM, P.C. to represent the Debtor and Debtor in Possession in this Chapter 11 case in accordance with the Engagement Agreement between the parties, and that **FORREST L. INGRAM, P.C.**, may apply for fees every two months that Debtor is in Chapter 11.

This order is effective retroactively to January 21, 2010.

Dated:

2/15/10

BY THE COURT

_____
The Honorable Jack Schmetterer
U.S. Bankruptcy Judge

FEB 18 2010

This document was prepared by
Forrest L. Ingram, P.C.

1