UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: **JACK B. SCHMETTERER**

Hearing Date: **February 25, 2010**

Bankruptcy Case No.: **10 B 02135**

Adversary No.:

Title of Case: **UNICORN OIL CORPORATION**

Brief Statement of Motion: Motion to Modify the Automatic Stay by BankFinancial FSB

Names and Addresses of moving counsel:

Representing: Service List Attached

## ORDER

It IS HEREBY ORDERED that:

The motion will be answered by the Debtor/DIP on or before March 11, 2010;

Reply is to be filed on or before March 18, 2010

If such Answer is not filed, movant is excused from noticing the default.

Set for Preliminary hearing on April 1, 2010 at 11:00 a.m.

Enter: Jack B. Schmetterer, U.S.B.J.