UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10 B 02135 |
| | ) | |
| UNICORN OIL CORPORATION | ) | The Honorable Judge |
| | ) | Jack B. Schmetterer |
| DEBTOR | ) | Chapter 11 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Now comes **HARRIS, N.A.**, (hereinafter referred to as "**HARRIS**") by and through its attorneys, **CHURCHILL, QUINN, RICHTMAN & HAMILTON, LTD.**, and moves this Court to modify the automatic stay pursuant to 11 U.S.C. Section 362(d) and Bankruptcy Rules 4001 and 9014. In support thereof, **HARRIS** states as follows:

1. The Bankruptcy Court has jurisdiction over this motion pursuant to 28 U.S.C. Section 157 and 11 U.S.C. Section 362.

2. On January 21, 2010 the above captioned case was filed.

3. On May 24, 2005, Debtor, **UNICORN OIL,** ("**UNICORN**") executed in favor of **HARRIS** a Business Loan Agreement. A copy of this document is attached as **Exhibit "A"**.

4. That on May 24, 2005, **UNICORN** executed a Promissory Note in the principal amount of $100,000.00. A copy of the Promissory Note is attached hereto as **Exhibit "B"**.

5. That on August 1, 2006, **UNICORN** executed a Promissory Note Modification Agreement whereby the maturity date of the $100,000.00 Promissory

Note was extended to July 28, 2007. A copy of this Promissory Note Modification Agreement is attached as **Exhibit "C"**.

6. That on July 28, 2007, **UNICORN** executed a Change in Terms Agreement whereby the maturity date of the Promissory Note was extended to October 28, 2008. A copy of the Change in Terms Agreement is attached hereto as **Exhibit "D"**.

7. That on August 4, 2004, **HARRIS** filed with the Illinois Secretary of State a UCC Financing Statement against the Debtor and all of the Debtor's personal property and business assets. A copy of the UCC Financing Statement is attached hereto as **Exhibit "E"**.

8. That on May 1, 2009, **HARRIS** filed with the Illinois Secretary of State a Continuation Statement effectively continuing its lien evidenced by the Financing Statement referenced above in Paragraph 7. A copy of the Continuation Statement is attached as **Exhibit "F"**.

9. That the Debtor is in default for failure to satisfy the Promissory Note when it matured as extended on October 28, 2008.

10. That as of the date of filing of the Petition Debtor was indebted to **HARRIS** in the amount of $103,642.85.

11. That the Debtor has failed to file Schedules I and J and therefore has neither demonstrated that it has sufficient income to operate an ongoing business nor, that it has any employees.

12. That the Debtor has failed to file a motion to use cash collateral.

13. The Court has authority to order that Rule 4001(a)(3) is not applicable to the Order entered in granting this Motion and **HARRIS** requests that this Court so order

**WHEREFORE, HARRIS, N.A.,** prays as follows:

1. That the Automatic Stay be modified to allow **HARRIS** to pursue its state court remedies against this collateral;

2. That the requirements of Bankruptcy Rule 4001(a)(3) be waived as not applicable; and:

3. For such other and further relief as this Court deems just and proper.

**HARRIS, N.A.**

By: /s/ Mark VanDonselaar
One of its Attorneys

MARK T. HAMILTON (ARDC#01111000)
MARK VAN DONSELAAR (ARDC#06287588)
CHURCHILL, QUINN, RICHTMAN & HAMILTON, LTD.
P. O. Box 284
Grayslake, IL 60030
(847) 223-1500

00200-100069   G:\Litigation Files\Harris N.A\- Unicorn Oil Corporation\Bankruptcy\Pleadings\Motion for Relief from the Automatic Stay.doc

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10 B 02135 |
| | ) | |
| UNICORN OIL CORPORATION | ) | Chapter 11 |
| | ) | The Honorable Judge |
| DEBTOR | ) | Jack B. Schmetterer |

## NOTICE OF MOTION

TO:   See attached Service List.

**PLEASE TAKE NOTICE** that on **Thursday, March 18, 2010** at **10:00 AM**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Jack B. Schmetterer**, or any Judge sitting in his stead in **Courtroom 682**, at the **Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois,** and shall then and there present and request a hearing instanter as to **HARRIS, N.A.'s** attached **Motion for Relief from the Automatic Stay.**

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed on the Service List, as to the Trustee and Debtors' Attorney via electronic notice on March __9__, 2010 and as to the Debtors and listed creditors by causing same to be mailed in a properly addressed envelope, postage prepaid, from the U.S. Mail at Grayslake, Illinois 60030 before the hour of 5:00 p.m. on March __9__, 2010.

/s/ Mark VanDonselaar
Attorney for Movant

Mark T. Hamilton (ARDC#01111000)
Mark Van Donselaar (ARDC #06287588)
Churchill, Quinn, Richtman & Hamilton, Ltd.
P. O. Box 284
Grayslake, IL 60030
(847) 223-1500

00200-100069   G:\Litigation Files\Harris N.A\- Unicorn Oil Corporation\Bankruptcy\Pleadings\Notice of Motion.doc

1

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtors' attorney via electronic notice on March 9, 2010 and as to the Debtors by causing same to be mailed in a properly addressed envelope, postage prepaid, from the U.S. Mail at Grayslake, Illinois 60030 before the hour of 5:00 P.M. P.M. on March 9, 2010.

                                                   /s/ Mark Van Donselaar
                                                   Attorney for Movant

Mark T. Hamilton (ARDC#01111000)
Mark Van Donselaar (ARDC #06287588)
Churchill, Quinn, Richtman & Hamilton, Ltd.
P. O. Box 284
Grayslake, IL 60030
(847) 223-1500

00200-100069    G:\Litigation Files\Harris N.A.\- Unicorn Oil Corporation\Bankruptcy\Pleadings\Notice of Motion.doc

2

## SERVICE LIST

*To Debtor:*
**Unicorn Oil Corporation**
**Helen Crawley, President**
**10115 S. Torrence Avenue**
**Chicago, IL 60617**
*by U.S. Mail*

*To Attorney:*
**Forrest L. Ingram**
**Forrest L. Ingram, P.C.**
**79 W. Monroe Street**
**Suite 900**
**Chicago, IL 60603**
*by Electronic Notice through ECF*

*To Attorney:*
**BankFinancial F.S.B**
**c/o Francis J. Pendergast, III**
**Crowley & Lamb, P.C.**
**350 North LaSalle Street**
**Suite 900**
**Chicago, IL 60654**
*by Electronic Notice through ECF*

*To U.S. Trustee:*
**William T. Neary**
**Office of U.S. Trustee**
**219 South Dearborn Street**
**Room 873**
**Chicago, IL 60604**
*by Electronic Notice through ECF*

*To Creditor:*
**Chase Cardmember**
**P.O. Box 15153**
**Wilmington, Delaware 19886**
*by U.S. Mail*

*To Creditor:*
**ConocoPhillips**
**600 N. Dairy Ashford**
**P.O. Box 2197**
**Houston, Texas 77079-1100**
*by U.S. Mail*

*To Creditor:*
**Internal Revenue Service**
**230 S. Dearborn Street**
**Mail Stop 5010 CHI**
**Chicago, IL 60604**
*by U.S. Mail*

*To Creditor:*
**Knoll Brothers, Inc.**
**1575 E. Highway 12**
**Michigan City, Indiana 46360**
*by U.S. Mail*

*To Creditor:*
**Marathon Petroleum Company, LLC**
**539 South Main Street**
**Findlay, Ohio 45840**
*by U.S. Mail*

*To Creditor:*
**Witham Sales & Services**
**253 Matteson Street**
**Dyer, Indiana 46311**
*by U.S. Mail*