REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __UNICORN OIL CORPORATION__   Case No. __10-02135__   Chapter __11__

All Cases: Moving Creditor __HARRIS, N.A.__   Date Case Filed __January 21, 2010__

Nature of Relief Sought: ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing __N/A__   or Date Plan Confirmed __N/A__

Chapter 7: ☐ No-Asset Report Filed on __N/A__
      ☐ No-Asset Report not Filed, Date of Creditors Meeting __N/A__

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☒ Other (describe) __Business Assets__

2. Balance Owed as of Petition Date $ __103,642.85__
   Total of all other Liens against Collateral $ __Liens of BankFinancial, Knoll Brothers and Marathon Petroleum LLC__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __62,000.00 per schedules__

5. Default
   a. ☒ Pre-Petition Default
      Number of months _____   Amount $ __103,642.85__
      __Loan Matured 10/28/08__
   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____   Amount $ _____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount $ _____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☒ Other (describe) __Promissory Note matured 10/28/08__

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☒ Other (describe) __Matured Loan__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☒ No Statement of Intention Filed

Date: __MARCH 8, 2010__   __/s/ Mark VanDonselaar__
                                                    Counsel for Movant

(Rev. 12 /21/09)