UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10 B 02135 |
| | ) | |
| UNICORN OIL CORPORATION, | ) | The Honorable Judge |
| | ) | Jack B. Schmetterer |
| DEBTOR, | ) | Chapter 11 |

### ORDER MODIFYING THE AUTOMATIC STAY

This matter comes before the Court on the Motion of **HARRIS, N.A.**, for entry of an Order Modifying the Automatic Stay, with due notice having been given to the parties entitled to notice, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Automatic Stay imposed by 11 U.S.C § 362 be, and it is hereby modified to allow **HARRIS, N.A.**, to pursue their state court remedies and to take all action necessary to recover its collateral which consists of certain business assets and personal property of the Debtor.

**IT IS FURTHER ORDERED** that Rule 4001(a)(3) is not applicable and **HARRIS, N.A.**, may immediately enforce and implement this Order granting relief from the Automatic Stay.

Dated this ____ day of _____, 2010.        **ENTER:**

_____
Judge

MARK T. HAMILTON (ARDC#01111000)
MARK VAN DONSELAAR (ARDC#06287588)
CHURCHILL, QUINN, RICHTMAN & HAMILTON, LTD.
P. O. Box 284
Grayslake, IL 60030
(847) 223-1500

00200-100069   G:\Litigation Files\Harris N.A\- Unicorn Oil Corporation\Bankruptcy\Pleadings\Order to Modify Stay.doc