

# PROMISSORY NOTE MODIFICATION AGREEMENT

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

| Borrower: | Unicorn Oil Corporation<br>10115 South Torrence<br>Chicago, IL 60617 | Lender: | Harris N.A.<br>111 W. Monroe Street<br>Chicago, IL 60603-4095 |
|---|---|---|---|

Date of Agreement: August 1, 2006

Dear Borrower:

In accordance with the terms of the Business Loan Agreement dated May 24, 2005 and the Promissory Note, dated May 24, 2005, in the original principal amount of $100,000.00, from Borrower to Lender, together with all renewals of, extensions of, modifications of, refinancings of, consolidations of, and substitutions for the Promissory Note, Borrower and Lender have agreed to modify the terms of the Promissory Note as set forth below under DESCRIPTION OF MODIFICATION, effective July 28, 2006.

**DESCRIPTION OF MODIFICATION:**

The Maturity Date is hereby extended to July 28, 2007.

The interest rate is hereby modified as follows: The interest rate to be applied to the unpaid principal balance of this Note will be at a rate of 2.0 percentage point over the Index.

Interest payments will continue to be due monthly on the 28th day of the month.

**CONTINUING VALIDITY.** Except as expressly modified by this Modification Agreement, the terms of the original obligation or obligations, including the Business Loan Agreement, the Promissory Note, all other agreements evidenced or securing the obligation(s) and the Related Documents remain unchanged and in full force and effect. Consent by Lender to this Modification Agreement does not waive Lender's right to restrict performance of the obligation(s) as modified, nor obligate Lender to make any future modifications. Nothing in this Modification Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Modification Agreement.

If the modifications set forth above are not acceptable to Borrower, Borrower shall remit full payment of the past due outstanding loan balance and accrued unpaid interest within 30 days of the date of this Agreement, otherwise Borrower will be deemed to have accepted the Promissory Note modifications set forth above.

Please keep a copy of this Modification Agreement for your records. If you have any questions, please call Vachon Harper-Young at 312-461-5578.

Very truly yours,

Harris N.A.