

## CHANGE IN TERMS AGREEMENT

*References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.*

| | | | |
|---|---|---|---|
| Borrower: | Unicorn Oil Corporation<br>P. O. Box 495916<br>Chicago, IL 60649 | Lender: | Harris N.A.<br>111 West Monroe<br>Chicago, IL 60603-4095 |

**Principal Amount: $100,000.00**        **Date of Agreement: July 28, 2007**

In accordance with the terms of the Business Loan Agreement dated May 24, 2005 and the Promissory Note, dated May 24, 2005, in the original principal amount of $100,000.00, from Borrower to Lender, together with all renewals of, extensions of, modifications of, refinancings of, consolidations of, and substitutions for the Promissory Note, Borrower and Lender have agreed to change the terms of the Promissory Note as set forth below under Description of Change in Terms, effective July 28, 2007.

**DESCRIPTION OF CHANGE IN TERMS.** This Change in Terms Agreement reflects the following: (1) The Maturity is hereby extended to October 28, 2008. (2) The Interest rate is hereby changed from a variable rate based upon an Index to a fixed rate of 9.000% per annum; (3) The following Provisions are hereby added to the Business Loan Agreement referenced above as follows:

☒ **Principal Reduction Provision:** Borrower will be required to make a principal reduction in the amount of $10,000.00 by April 28, 2008 and an additional principal reduction in the amount of $5,000.00 by October 28, 2008.

☒ **Collateral Reporting Requirement:** Borrower covenants and agrees with Lender that, as soon as available, but in no event later than fifteen (15) days after the end of each fiscal quarter, Borrower will provide Lender with an Inventory Listing and an Accounts Receivable Aging; each in form and substance and with such detail, as required by Lender.

☒ The Quarterly Business Financial Statement requirement is hereby added to the Business Loan Agreement above as follows: Borrower covenants and agrees with Lender that, so long as this Agreement is in effect, Borrower will furnish Lender with, as soon as available, but in no event later than forty-five (45) days after the end of each fiscal quarter, Borrower's balance sheet and profit and loss statement for the period ended, prepared by Borrower.

☒ The Guarantor Personal Financial Statement requirement for Helen J. Crawley is hereby added to the Business Loan Agreement above as follows: Guarantor covenants and agrees that, while this Agreement is in effect, Guarantor will provide to Lender an updated personal financial statement as soon as available, but in no event later than forty-five (45) days after the end of each fiscal quarter.

Interest payments will continue to be due monthly on the 28th day of the month.

**CONTINUING VALIDITY.** Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced or securing the obligation(s), remain unchanged and in full force and effect. Consent by Lender to this Agreement does not waive Lender's right to restrict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms. Nothing in this Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement. If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

**BORROWER:**

**UNICORN OIL CORPORATION**

By: _____

Helen J. Crawley, President/Secretary of Unicorn Oil Corporation