EXHIBIT "E"

UC0585597

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone:(800) 331-3282 Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)** 511193 IHARRISBANK2

UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071

6335718
ILIL

RECEIVED
SECRETARY OF STATE
UNIFORM COMMERCIAL CODE DIV.
2004 AUG -4 PM 4:30

UCU108/05/04*04*4590*
20.00 CK01
SOSIL 14*02 8956389 FS

UCU108/05/04*04*4590*
20.00 CK01
SOSIL 14*02 8956389 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

**1a. ORGANIZATION'S NAME:** UNICORN OIL CORPORATION

**1c. MAILING ADDRESS:** 10115 SOUTH TORRENCE **CITY:** CHICAGO **STATE:** IL **POSTAL CODE:** 60617

**1e. TYPE OF ORGANIZATION:** CORPORATION **1f. JURISDICTION OF ORGANIZATION:** IL **1g. ORGANIZATIONAL ID #:** 59158813

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

**3a. ORGANIZATION'S NAME:** HARRIS TRUST AND SAVINGS BANK

**3c. MAILING ADDRESS:** 111 W. MONROE STREET **CITY:** CHICAGO **STATE:** IL **POSTAL CODE:** 60603

**4. This FINANCING STATEMENT covers the following collateral:**

All personal property of the Grantor, including all of the following: All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles; all rights to merchandise and other goods (including rights to returned and repossessed goods and rights of stoppage in transit) which is represented by, arises from or relates to any of the foregoing, all personal property of the Grantor held by the Lender at any time hereafter transferred or delivered to or coming into the possession, custody or control of the Lender; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property. All terms which are used in this agreement which are defined in the Uniform Commercial Code of the State of Illinois as in effect from time to time ("UCC") shall have the same meanings herein as such terms are defined in the UCC, unless this agreement shall otherwise specifically provide 029/770/ Unicorn Oil Corporation

**6.** [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

**8. OPTIONAL FILER REFERENCE DATA**
6335718

029/770/ Unicorn Oil Corporation

Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)