IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNICORN OIL CORPORATION | ) | Case No. 10-02135 |
| | ) | |
| Debtor and Debtor in Possession. | ) | The Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: March 25, 2010 at 10:00 am |

### NOTICE OF MOTION

To:   See attached service list

　　　PLEASE TAKE NOTICE that on **Thursday, March 25, 2010 at 10:00 am.,** I shall appear before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the Debtor's **Motion to Authorize the Use of Cash Collateral** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael V. Ohlman_____
　　　　　　　　　　　　　　　　　　　　　　　　One of Debtor's attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

### CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic filing through ECF or by fax, as set forth on the attached service list, at or before 5:00 p.m. on March 11, 2010

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael V. Ohlman

1

## SERVICE LIST

**VIA FACSIMILE**

**Unicorn Oil Corporation**
**10115 South Torrence Ave**
**Chicago, Illinois 60617**

**By ECF Notice:**

**William T. Neary**
**Office of the U.S. Trustee, Region 11**
219 S. Dearborn, 8th Floor
Chicago, IL 60602
USTPRegion11.ES.ECF@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ) | Chapter 11 | |
| ) | | |
| UNICORN OIL CORPORATION ) | Case No. 10-02135 | |
| ) | | |
| Debtor and Debtor in Possession. ) | The Honorable Jack B. Schmetterer | |
| ) | | |
| ) | Hearing: March 25, 2010 at 10:00 am | |

**MOTION FOR ORDER AUTHORIZING**
**AND RESTRICTING USE OF CASH COLLATERAL**

NOW COMES the Debtor and Debtor in Possession UNICORN OIL CORPORATION (the "Debtor"), by and through its attorneys, Forrest L. Ingram, P.C., and moves this Court to enter an interim order granting it leave to use the cash collateral of Harris Bank (the "Bank"). In support of this Motion, the Debtor states the following:

1. The Debtor is an Illinois corporation having its principal offices at 10511 South Torrence Avenue, Chicago, IL 60617.

2. On January 21, 2010, the Debtor and Debtor in Possession filed its petition for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. The Debtor has retained possession of its assets and has continued the operation and management of its business.

3. The Bank claims a security interest in all of the Debtor's pre-petition assets, and receivables to secure an alleged indebtedness in the total principal amount of $103,642.85 plus accrued interest, fees, costs and other applicable charges (the "Pre-Petition Obligations").

1

4. An immediate need exists for the Debtor to use cash collateral in order to continue the operations of its business. Pursuant to 11 U.S.C. 363, the proceeds of accounts receivable, contract rights, inventory, and general intangibles are cash collateral.

5. As Debtor uses pre-petition cash collateral, Debtor proposes to give the Bank a replacement lien on post-petition cash collateral to the extent of the Bank's lien

6. Debtor asserts that the Bank is adequately protected because the collateral securing the debt is valued at over $1,350,000.00. The value of the accounts receivable, contract rights, inventory and general intangibles are not depreciating assets and will continue to retain their value.

7. Debtor requests that the Court schedule a final hearing on Debtor's use of cash collateral upon proper notice.

WHEREFORE, the Debtor prays for an order in the form attached as an exhibit hereto, granting it leave on interim basis to use Harris Bank's cash collateral granting a replacement lien as set forth herein, that the notice of this interim motion be deemed adequate under the circumstances, and that a hearing on the Debtor's final use of cash collateral be set for hearing, and for such other and further relief as the Court deems fair and just in the premises.

Respectfully submitted,

UNICORN OIL CORPORATION

By:   /s/  Forrest L. Ingram
         One of Debtors attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

2