# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNICORN OIL CORPORATION | ) | Case No. 10-02135 |
| | ) | |
| Debtor and Debtor in Possession. | ) | The Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: March 30, 2010 at 10:00 am |

## NOTICE OF AMENDED MOTION

To:    See attached service list

PLEASE TAKE NOTICE that on **Thursday, March 30, 2010 at 10:00 am.**, I shall appear before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the Debtor's **Motion to Authorize the Use of Cash Collateral** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

/s/ Michael V. Ohlman\_\_\_\_\_
One of Debtor's attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic filing through ECF or by fax, as set forth on the attached service list, at or before 5:00 p.m. on March 12, 2010

/s/ Michael V. Ohlman

**SERVICE LIST**

**VIA CM/ECF**

**William T. Neary**
**Office of the U.S. Trustee, Region 11**
219 S. Dearborn, 8th Floor
Chicago, IL 60602
USTPRegion11.ES.ECF@usdoj.gov

**Harris Bank**
**c/o Mark Van Donselaar**
Churchill Quinn Richtman & Hamilton Ltd
2 S. Whitney Street
Grayslake, IL 60030
(847) - 2231500
mvandonselaar@grayslakelaw.com

**BankFinancial, FBS**
**c/o Francis J. Pendergast, III**
Crowley & Lamb
350 N. LaSalle Street, Suite 900
Chicago, IL 60610
fpendergast@crowleylamb.com

**VIA US MAIL**

**Chase Cardmember**
P.O. Box 15153
Wilmington, DE 19886-5153

**ConocoPhillips**
600 N Dairy Ashford
P.O. Box 2197
Houston, TX 77252-2197

**Harris Bank**
Bankruptcy Department
150 West Wilson
Palatine, IL 60067-0926

**INTERNAL REVENUE SERVICE**
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

**Bank Financial FSB**
c/o James M. Crowley
CROWLEY & LAMB, P.C.
350 N. LaSalle, Ste 900
Chicago, IL 60654-5136

**Kathy L. Bedgood**
1200 Bartow Road, Suite 19
Lakeland, FL 33801-5901

**Knoll Brothers, Inc.**
1575 E. Highway 12
Michigan City, IN 46360-2002

**Marathon Petroleum Company, LLC**
539 South Main Street
Findlay, OH 45840-3229

**Marriott Vacation Club Internat'l**
1200 Bartow Road, Suite 19
Lakeland, FL 33801-5901

**Verlener Corporation**
10115 S. Torrence
Chicago, IL 60617-5360

**Witham Sales & Services**
253 Matteson St
Dyer, IN 46311-1569

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNICORN OIL CORPORATION | ) | Case No. 10-02135 |
| | ) | |
| Debtor and Debtor in Possession. | ) | The Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: March 30, 2010 at 10:00 am |

**AMENDED MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**

NOW COMES the Debtor and Debtor in Possession UNICORN OIL CORPORATION (the "Debtor"), by and through its attorneys, Forrest L. Ingram, P.C., and moves this Court to enter an interim order granting it leave to use the cash collateral of the Internal Revenue Service ("IRS"), Harris, N.A. (the "Harris") and BankFinancial, FBS ("BFFBS")(hereinafter referred to collectively as "Security Holders"). In support of the Motion, the Debtor states the following:

1. The Debtor is an Illinois corporation having its principal offices at 10115 South Torrence Avenue, Chicago, IL 60617.

2. On January 21, 2010, the Debtor and Debtor in Possession filed its petition for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. The Debtor has retained possession of its assets and has continued the operation and management of its business.

3. The Internal Revenue Service claims a security interest in all of the Debtor's pre-petition assets and receivables in the amount of $13,842.96. (See Claim 2-1).

4. Harris claims a first priority security interest in all of the Debtor's pre-petition assets and receivables to secure an alleged indebtedness in the total principal amount of $103,642.85 plus accrued interest, fees, costs and other applicable charges.

1

5. BFFBS claims a second priority interest in all of the Debtor's pre-petition assets and receivables to secure an alleged indebtedness in the total principal amount of $300,743.16.

6. An immediate need exists for the Debtor to use cash collateral in order to continue the operations of its business. Pursuant to 11 U.S.C. sec. 363, the proceeds of accounts receivable, contract rights, inventory, and general intangibles are cash collateral.

7. As Debtor uses pre-petition cash collateral, Debtor proposes to give the Security Holders a replacement lien on post-petition cash collateral to the extent of the Security Holders' lien

8. Debtor asserts that the Security Holders are adequately protected because the collateral securing the debts is valued at over $1,112,000.00. The value of the accounts receivable, contract rights, inventory and general intangibles are not depreciating assets and will continue to retain their value.

9. This motion has been sent to the Debtor, the U.S. Trustee, all the secured creditors with an interest in the cash collateral and all other creditors entitled to notice pursuant to Rule 4001(b)(1).

10. Debtor requests that the Court schedule a final hearing on Debtor's use of cash collateral upon proper notice.

    WHEREFORE, the Debtor prays for an order in the form attached as an exhibit hereto, granting it leave on an interim basis to use the IRS's, Harris Bank's and FinancialBank FBS's cash collateral and to give replacement liens to secured creditors as is set forth herein. Debtor asks that the notice of this interim motion be deemed adequate under the circumstances, and that a hearing on the Debtor's final use of cash collateral be set. Debtor further asks for such other and further relief as the Court deems fair and just.

        Respectfully submitted,

        UNICORN OIL CORPORATION

        By:    /s/ Michael V. Ohlman
                One of Debtors attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

3