APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re LITTLE LAMB SCHOLASTIC ACADEMY, INC.

)
) Case No. 10-05268
)
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Little Lamb Scholastic Academy, Inc.

---

Michael V. Ohlman
Print Name on this Line

*/s/ Michael V. Ohlman*
Signature

ATTORNEY ID NUMBER    6294512

Forrest L. Ingram, P.C.
Firm Name

FIRM ID NUMBER: _____

79 West Monroe, Suite 900
Street Address

Chicago         IL         60603
City            State      Zip

Telephone _____

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA ____ ,RETAINED ____ ,SELF ____ ,NONE OTHER ____ ,PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P ____    D ____    TP ____