# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: JACK B. SCHMETTERER

Hearing Date: MAR 18 2010

Bankruptcy Case No.: 10 B 2135

Adversary No.:

Title of Case: Unicorn Oil Corporation

Brief Statement of Motion: Motion for relief from the automatic Stay by Harris, NA

Representing:

## ORDER

IT IS HEREBY ORDERED THAT:

The motion will be answered within 7 days hereof and hearing thereon is set for 11 AM April 1, 2010. ~~If such Answer is not filed, movant is excused from~~ noticing the default.

ENTER: Jack B. Schmetterer, USBJ