IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| UNICORN OIL CORPORATION, | ) | No. 10 B 02135 |
| Debtor | ) | |

### ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming on to be heard on the Motion of BankFinancial FSB due notice having been given, the Court having jurisdiction over the parties in the subject matter herein, and being fully advised in the premises; *for reasons stated from the bench*

IT IS HEREBY ORDERED THAT the automatic stay is modified to permit BankFinancial FSB, its successors and/or assigns, to resume with its litigation, Case No. 09 CH 19577, in order to foreclose on its collateral, the real estate commonly known as 10115 Torrence Avenue, Chicago, Illinois, as well as the business assets and personal property of the Debtor. ~~Rule 4001(a)(3) is not applicable and BankFinancial FSB may immediately implement and enforce this order~~

DATE: 4/1/10

BANKRUPTCY JUDGE

APR 01 2010

Francis J. Pendergast, III
CROWLEY & LAMB, P.C.
350 North LaSalle Street, Suite 900
Chicago, Illinois 60654
(312) 670-6900