UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | April 1, 2010 |
| Bankruptcy Case No. | 10 B 02135 | Adversary No. | |
| Title of Case | UNICORN OIL CORPORATION | | |
| Brief Statement of Motion | Debtor and DIP's Amended Motion for Order Authorizing Use of Cash Collateral | | |
| Names and Addresses of moving counsel | | | |
| Representing | | | |

## ORDER

**IT IS HEREBY ORDERED that:**

Debtor and DIP's amended motion for order authorizing use of cash collateral is set for hearing at 3:00 p.m. on April 7, 2010 in courtroom 682. Parties are to mark and exchange exhibits for evidence.

ENTER:
Jack B. Schmetterer, U.S.B.J.