PAGE 1

**HARRIS.**

OUR RECORDS INDICATE YOUR LOAN HAS MATURED BUT STILL REMAINS UNPAID. PLEASE REMIT THE AMOUNT SHOWN BELOW IN ORDER TO PAY YOUR LOAN IN FULL.

| NOTE NUMBER | PRINCIPAL | | |
|---|---|---|---|
| 029 000 XXXXXX0003 | 43,086.17 | PRINCIPAL | 0.00 |
| 00290002   001   -R03 | | INTEREST | 312.38 |
| | | FEES | 0.00 |

| INT RATE | DUE DATE | OFF A4X | | |
|---|---|---|---|---|
| 9.00000 | 10/28/08 | | PREV DUE | 53,619.82 |
| | | | TOTAL DUE | 53,932.20 |

UNICORN OIL CORPORATION
P O BOX 495916
CHICAGO IL  60649

********************************

DATE OF NOTICE 12/28/09
RETURN THIS PORTION WITH PAYMENT

HARRIS N.A.
BLST - P.O. BOX 2880
CHICAGO, IL                    60690

---

PAGE 2

**HARRIS.**

OUR RECORDS INDICATE YOUR LOAN HAS MATURED BUT STILL REMAINS UNPAID. PLEASE REMIT THE AMOUNT SHOWN BELOW IN ORDER TO PAY YOUR LOAN IN FULL.

| NOTE NUMBER | PRINCIPAL | | |
|---|---|---|---|
| 029 000 XXXXXX0003 | 43,086.17 | PRINCIPAL | 0.00 |
| 00290002   001   -R03 | | INTEREST | 312.38 |
| | | FEES | 0.00 |

| INT RATE | DUE DATE | OFF A4X | | |
|---|---|---|---|---|
| 9.00000 | 10/28/08 | | PREV DUE | 53,619.82 |
| | | | TOTAL DUE | 53,932.20 |

UNICORN OIL CORPORATION
P O BOX 495916
CHICAGO IL  60649

********************************

DATE OF NOTICE 12/28/09
SAVE THIS PORTION FOR YOUR RECORDS

HARRIS N.A.
BLST - P.O. BOX 2880
CHICAGO, IL                    60690

**HARRIS.**

X97390 N9-5-95