IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Unicorn Oil Corporation | ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 10-02135 |
| | ) | |
| | ) | Hearing: June 3, 2010 at 10:00 a.m. |

**ORDER GRANTING FIRST APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS**

THIS MATTER came to be heard on the First Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded $20,931.50 of the professional compensation requested for the time period beginning January 21, 2010 and ending April 30, 2010.

2. FORREST L. INGRAM, P.C. is awarded $1,047.50 for reimbursement of expenses for the time period beginning January 21, 2010 and ending April 30, 2010.

3. FORREST L. INGRAM, P.C. is authorized to apply the $10,000.00, plus the $1,039.00, of the chapter 11 retainer to the fees and costs awarded.

4. Debtor is authorized to pay FORREST L. INGRAM, P.C., from its operational funds, the remaining balance of the fees and costs awarded, namely, $10,940.00.

Dated: 7/10/10

BY THE COURT:

The Honorable Jack B. Schmetterer
United States Bankruptcy Judge

JUN 10 2010

This order was prepared
By Forrest L. Ingram, P.C.